|  | IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA |

ROBERT MARK PURCHASE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2551

_____/

Opinion filed November 10, 2016.

An appeal from the Circuit Court for Liberty County.
Martin A. Fitzpatrick, Judge.

Robert M. Purchase, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.